**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ROBERT SMITH,**

       **Plaintiff,**

**v.**                                **Case No.  3:14cv231/MCR/CJK**

**LEWIS, et al.,**

       **Defendants.**

                              /

## ORDER

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 4, 2015 (doc. 46).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.     Plaintiff's "Motion for Injunctive Remedy/Temporary Restraining Order" is **DENIED**.

      **DONE AND ORDERED** this 7th day of July, 2015.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**