UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SMITH,**

    **Plaintiff,**

v.                                           Case No.  3:14cv231-MCR/CJK

**COURTNEY, et al.,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 22, 2016.  ECF No. 96.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The defendants' motion to dismiss, ECF No. 82, is **GRANTED**.

3. This case is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to state a claim on which relief may be granted.

4. All pending motions are **DENIED AS MOOT**.

5. The clerk is directed to close the file.

**DONE AND ORDERED** this 14th day of April, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**